# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY BURD, individually, and on behalf of a class of similarly situated individuals, | No. 1:20-cv-03095-JHR-JS |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| SUBARU OF AMERICA, INC.; SUBARU CORPORATION, | CLASS ACTION |
| Defendants. | |
| STEVEN STONE and SHIRLEY ALBRIGHT, on behalf of themselves and all others similarly situated, | No. 1:20-cv-03232-JHR-JS |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation, | CLASS ACTION |
| Defendants. | |
| VIRGINIA TOMASIAN and ROGER BALADI, on behalf of themselves and all others similarly situated, | No. 1:20-cv-03233-JHR-JS |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| SUBARU OF AMERICA, INC., | CLASS ACTION |
| Defendant. | |

**UNOPPOSED MOTION OF PLAINTIFFS SEEKING CONSOLIDATION OF THE RELATED ACTIONS AND SETTING A BRIEFING SCHEDULE FOR THE APPOINTMENT OF INTERIM LEAD COUNSEL**

WHEREAS, there are three (3) related proposed class actions pending in the United States District Court for the District of New Jersey before the Honorable Joseph H. Rodriquez: *Burd v. Subaru of America Inc. et al.*, No. 1:20-cv-03095-JHR-JS ("Burd"); *Stone et al. v. Subaru of America Inc. et al.*, No. 1:20-cv-03232-JHR-JS ("Stone"); *Tomasian et al. v. Subaru of America Inc.*, No. 1:20-cv-03233-JHR-JS ("Tomasian") (together, the "Related Cases");

WHEREAS, Plaintiffs in each of the Related Cases ("Plaintiffs") allege that various vehicles distributed by Subaru of America, Inc. or manufactured by Subaru Corporation (collectively "Subaru") contain an electrical and/or battery system defect which causes parasitic battery drain and results in sudden and repeated dead batteries and disabled vehicles. Plaintiffs in each of the Related Cases allege that they purchased or leased an affected vehicle and have experienced the defect. Plaintiffs allege that Subaru's conduct violates state consumer protection laws and constitutes breach of warranty and common law fraud. Plaintiffs seek (among other things) monetary compensation and equitable relief for themselves and all other owners and lessees of the affected vehicles;

WHEREAS, Plaintiffs, by and through their respective counsel (together, the "parties"), have conferred, and agree that consolidation of the Related Cases is

1

appropriate under Federal Rule of Civil Procedure 42(a) because they involve common questions of law or fact, specifically, the Related Cases name a common defendant, arise from the same alleged defect, and assert similar claims, and the parties further acknowledge that such findings have no bearing on the issue of class certification;

WHEREAS, Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class claims;

WHEREAS, Plaintiffs' counsel has conferred with counsel for Subaru and Defendant Subaru does not oppose the instant motion for consolidation. Furthermore, Subaru does not oppose the process for the appointment of interim class counsel but reserves the right to comment upon the submissions by class counsel applicants;

WHEREAS, Plaintiffs agree that neither this stipulation nor any resulting consolidation of these actions will waive or prejudice in any respect Subaru's legal rights;

WHEREAS, Plaintiffs agree that neither this stipulation nor any resulting consolidation of these actions will waive or prejudice in any respect Plaintiffs' legal rights;

2

WHEREAS, the parties propose, subject to Court approval, that this action proceed on the following schedule:

• Counsel may file an application for consideration as interim class counsel. Any attorney who has filed an action in this litigation is eligible to apply. All applications must be e-filed in the consolidated Master File No. 1:20-cv-03095-JHR-JS ten (10) days from the entry of this Order. Each attorney's application shall include a resume no longer than three pages and a letter no longer than three pages (single-spaced) addressing the factors set forth in Rule 23(g). Counsel may file a two-page response (including attachments) no later than ten (10) days thereafter. The Court will appoint interim counsel based on timely written submissions only;

• Plaintiffs will file a Consolidated Complaint ("Complaint") no later than twenty-one (21) days following the appointment of interim class counsel;

• Defendant will respond to the Complaint no later than forty-five (45) days following its filing;

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The above captioned actions pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for all pre-

3

trial purposes pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action").

2.      All papers filed in the Consolidated Action must be filed under Case No. 1:20-cv-03095-JHR-JS, the number assigned to the first-filed case, and must bear the following case name: *In re Subaru Battery Drain Prod. Liab. Litig.*

3.      The case file for the Consolidated Action will be maintained under Master File No. 1:20-cv-03095-JHR-JS.

4.      The Clerk will be directed to administratively close the following related cases: *Stone et al. v. Subaru of America Inc. et al.*, No. 1:20-cv-03232-JHR-JS and *Tomasian et al. v. Subaru of America Inc.*, No. 1:20-cv-03233-JHR-JS;

5.      Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

6.      The parties respectfully ask the Court to set the deadlines described above, including the expedited schedule for appointment of interim class counsel.

Dated: April 16, 2020            Respectfully submitted,

                        By:    /s/ *Benjamin F. Johns*
                                Benjamin F. Johns (NJ Bar No. 038182005)
                                Andrew W. Ferich (NJ Bar No. 015052012)
                                Alex M. Kashurba (NJ Bar No. 140712014)
                                Zachary P. Beatty (*pro hac vice* forthcoming)

4

**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com
zpb@chimicles.com

Adam E. Polk (*pro hac vice* forthcoming)
Jordan Elias (*pro hac vice* forthcoming)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com

*Counsel for Plaintiffs Virginia Tomasian*
 *and Roger Baladi*


By:  /s/ *Matthew D. Schelkopf*
      Matthew D. Schelkopf
      Joseph B. Kenney
      **SAUDER SCHELKOPF LLC**
      1109 Lancaster Avenue
      Berwyn, PA 19312
      Telephone: (610) 200-0581
      mds@sstriallawyers.com
      jbk@sstriallawyers.com

      Daniel O. Herrera
      Kaitlin Naughton
      **CAFFERTY CLOBES MERIWETHER**
       **& SPRENGEL LLP**
      150 S. Wacker Drive, Suite 3000
      Chicago, IL 60606
      Telephone: (312) 782-4880

5

Case 1:20-cv-03232
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Counsel for Plaintiffs Steven Stone
 and Shirley Albright*


By:   */s/ Matthew R. Mendelsohn*
Matthew Mendelsohn
**MAZIE SLATER KATZ
 & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Todd S. Garber (pro hac vice forthcoming)
Bradley F. Silverman
(pro hac vice forthcoming)
**FINKELSTEIN, BLANKINSHIP,
 FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10605
Tel: (914) 298-3281
Fax: (914) 824-1561

*Counsel for Plaintiff Amy Burd*

6

## CERTIFICATE OF SERVICE

I, Benjamin F. Johns, certify that on April 16, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Benjamin F. Johns*
Benjamin F. Johns