Neal Walters (020901993)
Casey Watkins (060122014)
Kristen Petagna
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400
(856) 761-1020 fax
waltersn@ballardspahr.com
watkinsc@ballardspahr.com
petagnak@ballardsparh.com

Attorneys for Defendants Subaru Corporation
and Subaru of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| **In re Subaru Battery Drain Products Liability Litigation** | Case No. 1:20-cv-03095-JHR-JS |
|---|---|
| | **Notice of Defendants Subaru of America, Inc. and Subaru Corporation's Motion to Dismiss, or alternatively, for a More Definite Statement** [Fed. R. Civ. P. 12(b)(1), (6), (e)] |
| | Motion Day: October 5, 2020 |

**TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that on October 5, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Subaru of America, Inc. and Subaru Corporation (together, "Subaru Defendants") shall move before the United States District Court for the District of New Jersey, the Honorable Joseph H. Rodriguez presiding, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797, for an order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), or in the alterative, for a more definite statement pursuant to Federal Rules of Civil Procedure 12(e).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, the Subaru Defendants will rely on their brief and declaration of counsel with this motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order also is attached.

Dated: August 3, 2020

Respectfully submitted,

*s/Neal Walters*

Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
Kristen Petagna
petagnak@ballardsparh.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
856.761.3400
856.761.1020 fax

Attorneys for Defendants Subaru Corporation and Subaru of America, Inc.