# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUBARU BATTERY DRAIN PROD.LIAB. LITIG. | No. 1:20-cv-03095-JHR-MJS<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND TO DIRECT CLASS NOTICE** |

**COUNSEL**:

**PLEASE TAKE NOTICE** that on a date to be set by the Court, Plaintiffs, by and through their counsel, Mazie Slater Katz & Freeman, LLC and Sauder Schelkopf, LLC and Girard Sharp LLP, will move before the Honorable Joseph H. Rodriguez, U.S.D.J., of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, located at 4th & Cooper Streets, Camden, New Jersey 08101, for the entry of an Order granting preliminary approval of proposed class action settlement, conditional certification of settlement class, and to direct class notice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon the accompanying brief, Declaration of Matthew R. Mendelsohn and the attached proposed form of Order.

Dated: April 29, 2022      By:      */s/ Matthew R. Mendelsohn*
                                         Matthew R. Mendelsohn
                                         **MAZIE SLATER KATZ & FREEMAN, LLC**
                                         103 Eisenhower Parkway
                                         Roseland, NJ 07068
                                         Telephone: (973) 228-9898
                                         mrm@mazieslater.com

1

2

Matthew D. Schelkopf
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com

Adam Polk
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (866) 981-4800
apolk@girardsharp.com

*Plaintiffs' Interim Co-Lead Counsel*