**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SUBARU BATTERY DRAIN PROD.LIAB. LITIG. | No. 1:20-cv-03095-JHR-MJS<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew R. Mendelsohn, certify that on the below date, copies of the foregoing Notice of Motion, brief, proposed Order; and this Certificate of Service were filed with the United States District Court for the District of New Jersey and served on all counsel of record through the electronic filing service system. A courtesy copy was also sent out for service via Lawyers Service on:

    Hon. Joseph H. Rodriguez, U.S.D.J.
    U.S. District Court for the District of New Jersey
    Mitchell H. Cohen Building & U.S. Courthouse
    4th & Cooper Streets, Camden, New Jersey 08101

                                  MAZIE SLATER KATZ & FREEMAN, LLC
                                  Attorneys for Plaintiffs

                                  _____
                                  MATTHEW R. MENDELSOHN

Dated:  April 29, 2022