## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUBARU BATTERY DRAIN PROD. LIAB. LITIG. | No. 1:20-CV-03095-JHR-MJS<br><br>HON. JOSEPH H. RODRIGUEZ |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing currently scheduled for December 13, 2022 at 2:00 p.m., Plaintiffs will move the Court to enter the proposed order submitted herewith that will grant their unopposed motion seeking (1) the payment of $4,100,000.00 to Class Counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of service awards in the amount of $4,000.00 each to Amy Burd, Walter Gill, David Hansel, Glen McCartney, Roger Baladi, Tamara O'Shaughnessy, Anthony Franke, Matthew Miller, Steven Stone, Howard Bulgatz, Mary Beck, David Davis, and Colin George ($52,000) in total).[1]

---

[1] Plaintiffs will also request that the Court enter an order granting final approval to the settlement and dismissing this action with prejudice. A motion seeking that relief will be filed separately.

1

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on their Memorandum of Law, Joint Certification of Matthew R. Mendelsohn, Matthew D. Schelkopf, and Adam Polk, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: October 24, 2022           Respectfully Submitted,

By:  */s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com

By:  */s/ Matthew Mendelsohn*
Matthew Mendelsohn
**MAZIE SLATER KATZ**
 **& FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
mrm@mazieslater.com

By:  */s/ Adam Polk*
Adam Polk (*pro hac vice*)
Jordan Elias (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St #1400
San Francisco, CA 94108
Telephone: (866) 981-4800
apolk@girardsharp.com

*Class Counsel*

Bruce D. Greenberg
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com

*Plaintiffs' Liaison Counsel*

Benjamin F. Johns
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
bfj@chimicles.com

*Chair of Plaintiffs' Executive Committee*

Todd Garber
**FINKELSTEIN, BLANKINSHIP,
 FREI-PEARSON & GARBER, LLP**
One North Broadway
Suite 900
White Plains, NY 10605
Telephone: (914) 298-3281
tgarber@fbfglaw.com

Daniel Herrera
**CAFFERTY CLOBES MERIWETHER
 & SPRENGEL LLP**
150 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
dherrera@caffertyclobes.com

3

Tina Wolfson
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave
West Hollywood, CA 90069
Telephone: (310) 474-9111
twolfson@ahdootwolfson.com

*Plaintiffs' Executive Committee*

5

## CERTIFICATE OF SERVICE

I, Matthew D. Schelkopf, hereby certify that the foregoing **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** was filed on this 24th day of October, 2022, using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf