## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUBARU BATTERY<br>DRAIN PROD. LIAB. LITIG. | Case No.: 1:20-cv-03095-JHR-MJS<br><br>**ORDER EXTENDING TIME FOR FILING OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ADJOURNING FINAL APPROVAL HEARING** |

**WHEREAS**, the Court previously issued an order [Dkt. 75] granting the parties' joint motion for preliminarily approval of settlement in this action pursuant to the Settlement Agreement fully executed on April 29, 2022 [Dkt. 72]; and

**WHEREAS**, the Court ordered any motion for final approval of the Settlement and Class Counsel's application for attorneys' fees, expenses and costs and for service awards to be filed by November 11, 2022 [Dkt. 87]; and

**WHEREAS**, the Court scheduled a fairness hearing to be held on December 13, 2022 to address the anticipated motion for final approval of settlement [Dkt. 88]; and

1

**WHEREAS**, counsel for plaintiffs and defendants Subaru of America, Inc. and Subaru Corporation filed a joint-submission on November 10, 2022 requesting a 60-day extension of the period for filing the motion for final approval of settlement as well as a 60-day adjournment of the fairness hearing [Dkt. 102], and

**NOW THEREFORE**, in consideration of the forgoing and for good cause shown, it is hereby

**ORDERED** that the period for filing the motion seeking final approval of settlement is extended to **January 10, 2023**; and it is further

**ORDERED** that the date of the fairness hearing is reset to **January 24, 2023**.

November 15, 2022

/s/ *Joseph H. Rodriguez*
Hon. Joseph H. Rodriguez, USDJ