UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUBARU BATTERY DRAIN PROD. LIAB. LITIG. | No. 1:20-cv-03095-JHR-MJS<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing currently scheduled for January 24, 2023, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the class action settlement in this matter.[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the accompanying Memorandum of Law, joint certification of counsel, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their unopposed motion for attorneys' fees, expenses, and service awards. The motion seeking that relief was filed on October 24, 2022 (ECF No. 91).

1

Dated: January 10, 2023　　　　　　　　Respectfully submitted,

By:　*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jbk@sstriallawyers.com

By:　*/s/ Matthew Mendelsohn*
Matthew Mendelsohn
**MAZIE SLATER KATZ
 & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
mrm@mazieslater.com

By:　*/s/ Adam Polk*
Adam Polk (*pro hac vice*)
Jordan Elias (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (866) 981-4800
apolk@girardsharp.com

*Class Counsel*

Bruce D. Greenberg
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com

2

*Plaintiffs' Liaison Counsel*

Benjamin F. Johns
**SHUB LAW FIRM LLC**
134 Kings Highway E, 2nd Floor,
Haddonfield, NJ 08033
Telephone: (856) 772-7200
bjohns@shublawyers.com

*Chair of Plaintiffs' Executive Committee*

Todd Garber
**FINKELSTEIN, BLANKINSHIP,**
 **FREI-PEARSON & GARBER, LLP**
One North Broadway
Suite 900
White Plains, NY 10605
Telephone: (914) 298-3281
tgarber@fbfglaw.com

Daniel Herrera
**CAFFERTY CLOBES MERIWETHER**
 **& SPRENGEL LLP**
150 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
dherrera@caffertyclobes.com

Tina Wolfson
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave
West Hollywood, CA 90069
Telephone: (310) 474-9111
twolfson@ahdootwolfson.com

*Plaintiffs' Executive Committee*

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' MOTION IN SUPPORT OF THEIR MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on January 10, 2023 using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf