Any Settlement Class Member who experiences a Qualifying Battery Condition and has not already received the Reflash and completes the "Request for Extended Warranty Battery Service Form," available on the Warranty Authorization Form page of this website, is entitled to receive the Reflash during the approved Retailer visit at no charge through the duration of the Extended Warranty period. For 2015 and 2016 Subaru Foresters, which were not affected by the alleged issue with the engine control charging logic, for Qualifying Battery Conditions, the Subaru retailer will instead scan the vehicle's Engine Control Module to determine whether certain diagnostic trouble codes related to the charging system, low voltage, or the power rear lift gate are detected. If the specific codes are identified, then the Subaru retailer will provide the associated repair and clear the stored codes, at no charge. Settlement Class Members may also call toll-free 1-855-606-2625 or email info@SubaruBatterySettlement.com to assess whether they experienced a Qualifying Battery Condition and if so, to be assigned an appropriate Retailer to receive the Reflash. Settlement Class Members who already received and paid for the Reflash and were not previously reimbursed, are entitled to 100% reimbursement for expenses incurred for the Reflash.