You recently completed a Warranty Authorization Form for your Subaru Forester on the Settlement Website, www.SubaruBatterySettlement.com, in connection with the class action settlement. At that time, Subaru retailers were not prepared to provide a free Reflash service for your Subaru Forester because 2015 and 2016 Subaru Foresters were manufactured with different engine control charging logic than the other Class Vehicles. If you are experiencing a Qualifying Battery Condition as defined by the Settlement Agreement, Subaru retailers are now prepared to provide a free ECM-related service of equivalent value to the Reflash service, which involves scanning your Subaru Forester's Engine Control Module to determine whether certain diagnostic trouble codes related to the charging system, low voltage, or the power rear lift gate are detected. Subaru will provide the repair associated to those specific codes and clear the stored codes, at no charge to you.